Prob 12C
(12/04)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NORTH DAKOTA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | | |
|---|---|---|
| Name of Offender: | Lee Patrick Farrell | Docket No.: C2-03-103 |
| Name of Sentencing Judicial Officer: | Ralph R. Erickson | |
| Date of Original Sentence: | April 27, 2004 | |

Original Offense: Possession of Material of Involving the Sexual Exploitation of Minors in violation of 18 USC § 2252(a)(4)(B) and 2252(b)(2)

Original Sentence: 33 months incarceration; $100 special assessment; three years supervised release

| | | | |
|---|---|---|---|
| Type of Supervision: | Term of Supervised Release | Date Supervision Commenced: | 4/4/2006 |
| Asst. U.S. Attorney: | Nicholas Chase | Defense Attorney: | James Hovey |

FILED
MAY - 5 2006
EDWARD T. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

**PETITIONING THE COURT:**

{x}   Issue a Warrant

{ }   Issue a Summons

The Probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| Special Condition #7 | **The defendant shall not use a computer or computer related devices without the approval of the supervising probation officer:** On May 5, 2006, a call was received from Lori Albright at the Fargo North Dakota Job Service. Ms. Albright indicated the defendant had been used their computer and he accessed the Internet. In addition, she reported she told him he was not supposed to use the computers and he indicated for her to not say anything. |

U.S. Probation Officer Recommendation:   It is respectfully recommended a warrant be issued so that the defendant may answer to the alleged violation of his supervised release.

The term of supervision should be:

{ }   Revoked

{ }   Extended for _____ year(s); for a total of _____ years.

The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

_____   5/5/06
Jim Corbid                        Date
U.S. Probation Officer

THE COURT ORDERS:

{ }  No Action

{X}  The Issuance of a Warrant

{ }  The Issuance of a Summons

{ }  Other

_____   May 5, 2006
Ralph R. Erickson                 Date
United States District Judge