AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

### Northeastern Division - District of North Dakota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

Case Number: 2:03-cr-103

LEE PATRICK FARRELL

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Lee Patrick Farrell** and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

**Violating Special Condition #7 of Supervision**

| EDWARD J. KLECKER | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| */s/Leah Riveland-Foster* | May 5, 2006, - Fargo, North Dakota |
| Signature of Issuing Officer - Leah Riveland-Foster | Date and Location |

Bail Fixed at $ **(BOND TO BE DETERMINED AT INITIAL APPEARANCE BEFORE JUDICIAL OFFICER)**   BY _____
                                                                                               Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442   (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____      WEIGHT: _____

SEX: _____      RACE: _____

HAIR: _____      EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____