Prob 12B

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is attached)*

Offender Name:   Lee Patrick Farrell                    Docket No.:   C2-03-103

Name of Sentencing Judicial Officer:   The Honorable Ralph R. Erickson

Date of Original Sentence:   April 27, 2004

Original Offense:   Possession of Material Involving the Sexual Exploitation of Minors

Original Sentence:   33 months followed by 3 years of supervised release.

Type of Supervision:   Supervised Release            Date Supervision Commenced:   04/04/06

FILED
MAY 17 2006
EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

---

## PETITIONING THE COURT

{ }   To Extend the term of supervision  _____ year(s), for a total term of _____ years.

{x}   To modify the conditions of supervision as follows:

1) The defendant shall be placed at the Grand Forks County Correctional Center Work release for a period of 180 days. This placement will be considered a community corrections placement and will be a condition of his supervised release. The defendant will not be allowed to obtain employment or frequent the community until approved by the sex offender treatment team. This placement may be terminated early if approved by the treatment team.

## CAUSE

1) Information was received and verified that the defendant was using a computer without the approval of the supervising probation officer. In addition, it was learned the defendant opened an e-mail account with Yahoo and an account with Myspace.com.



RECEIVED
MAY 17 2006
RALPH R. ERICKSON, DISTRICT JUDGE
U.S. DISTRICT COURT-NORTH DAKOTA

Respectfully Submitted,

_Kathy Knudson Stout_    5/16/06
Jim Corbid   _for Jim Corbid_    Date
U.S. Probation Officer

---

{ }    No Action

{ }    The Extension of Supervision as Noted Above

{X}    The Modification of Conditions as Noted Above

{ }    Other

_Ralph R. Erickson_    5/17/06
Ralph R. Erickson            Date
United States District Judge

Waiver of Hearing to Modify Conditions of Probation/
Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### For The
### District of North Dakota

I have ben advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. The Court appointed the Federal Public Defender's Office to represent me in this matter and I have discussed my case with Assistant Federal Public Defender, Christopher Lancaster.

I hereby voluntarily waive my statutory right to a hearing. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1) The defendant shall be placed at the Grand Forks County Correctional Center Work release for period of 180 days. This placement will be considered a community corrections placement and will be a condition of his supervised release. The defendant will not be allowed to obtain employment or frequent the community until approved by the sex offender treatment team. This placement may be terminated early if approved by the treatment team.

DATED: May 12, 2006

Witness: _____ 5/15/06    Signed: _____
Jim Corbid                              Probationer of Supervised Releasee
U.S. Probation Officer                  Lee Farrell

                                        Attorney: _____
                                        Christopher J. Lancaster
                                        Assistant Federal Public Defender