UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                    )<br>                        Plaintiff,            )<br>                                                                    )<br>vs.                                                              )<br>                                                                    )<br>LEE PATRICK FARRELL,                       )<br>                                                                    )<br>                        Defendant.         ) | Criminal No. 2:03-cr-103<br><br>**AFFIDAVIT OF CHRISTOPHER J. LANCASTER** |

Christopher J. Lancaster, being first duly sworn, deposes and states as follows:

1. I am an Assistant Federal Public Defender for the Districts of South Dakota and North Dakota.

2. There was an initial appearance in the above case held on September 21, 2012. Attorney Patrick Rosenquist appeared at the hearing with Defendant.

3. I met with Defendant on September 24, 2012, to discuss his case with him. I conferred with attorney Rosenquist on September 24, 2012, and informed him that our office has assumed full representation of the above case.

Dated this 24th day of September, 2012.

_____
Christopher J. Lancaster

Subscribed and sworn to before me this 24th day of September, 2012.

ELIZABETH SCHWARTZ
Notary Public
State of North Dakota
My Commission Expires May 26, 2016

_____
Notary Public, Cass County, ND
My Commission Expires:_____

(SEAL)

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, the following document(s):

**Affidavit of Christopher J. Lancaster**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Brett Shasky**
brett.shasky@usdoj.gov

**Patrick Rosenquist**
Patrick@ralawfirms.com

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

Dated: September 25, 2012.

/s/ *Christopher J. Lancaster*
Assistant Federal Public Defender