UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 2:03-cr-103 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S RESPONSE TO** |
| | ) | **MAGISTRATE JUDGE'S REPORT AND** |
| LEE PATRICK FARRELL, | ) | **RECOMMENDATION** |
| | ) | |
| Defendant. | ) | |

The defense offers no objections to the Report and Recommendation filed by Magistrate Judge Alice Senechal on November 7, 2012. Mr. Farrell understands the basis of the Court's recommendation and requests a final sentencing order consistent with it.

Dated this 21st day of November, 2012.

                                              Respectfully submitted,

                                              NEIL FULTON
                                              Federal Public Defender
                                              By:

                                              */s/ Christopher J. Lancaster*
                                              Christopher J. Lancaster (ND# 05581)
                                              Assistant Federal Public Defender
                                              Attorney for Defendant
                                              Office of the Federal Public Defender
                                              Districts of South Dakota and North Dakota
                                              Federal Square, Second Floor
                                              112 Roberts Street North, Suite 200
                                              Fargo, ND 58102
                                              Telephone: 701-239-5111
                                              Facsimile:  701-239-5098
                                              filinguser_SDND@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, the following document(s):

**Defendant's Response to Report and Recommendation**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Brett Shasky
brett.shasky@usdoj.gov**

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

Dated: November 21, 2012.

> */s/ Christopher J. Lancaster*
> Assistant Federal Public Defender